UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DOMINIC MALONE, | Case No.: 2:23-cv-00217-APG-NJK |
| Plaintiff, | |
| v. | **ORDER** |
| STATE OF NEVADA, | (Docket No. 3) |
| Defendant. | |

On February 10, 2023, *pro se* plaintiff Dominic Malone, an inmate in the custody of the Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983.  Docket No. 1-1.  On February 17, 2023, Plaintiff filed an application to proceed *in forma pauperis*.  Docket No. 3.  Plaintiff's application to proceed *in forma pauperis* is incomplete because Plaintiff did not file a financial certificate or a copy of his prison trust fund account statement for the previous six-month period.

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a).  The fee for filing a civil-rights action is $402, which includes the $350 filing fee and the $52 administrative fee.  *See* 28 U.S.C. § 1914(b).  "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*."  LSR 1-1.  For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); LSR 1-2. *In forma pauperis* status

1   does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate

2   can pay the fee in installments.  *See* 28 U.S.C. § 1915(b).

3        Accordingly, for the reasons stated above,

4        IT IS ORDERED that the application to proceed *in forma pauperis*, Docket No. 3, is

5   **DENIED** without prejudice.

6        IT IS FURTHER ORDERED that, no later than **April 21, 2023,** Plaintiff must either pay

7   the full $402 filing fee or file a new fully complete application to proceed *in forma pauperis* with

8   all three required documents: a completed application with the inmate's two signatures on page 3;

9   a completed financial certificate that is signed both by the inmate and the prison or jail official;

10  and a copy of the inmate's trust fund account statement for the previous six-month period.

11       IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this

12  action will be subject to dismissal without prejudice.  A dismissal without prejudice allows

13  Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a

14  complete application to proceed *in forma pauperis* or pay the required filing fee.

15       The Clerk of the Court is **INSTRUCTED** to send Plaintiff Dominic Malone the approved

16  form application to proceed *in forma pauperis* for an inmate and instructions for the same and

17  retain the complaint, Docket No. 1-1, but not file it at this time.

18       IT IS SO ORDERED.

19       DATED:  February 22, 2023.

20

21

22                          NANCY J. KOPPE
                            UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28